# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Shenzhen Taihe Technology Co., Ltd. d/b/a Rottay

V.

Sige Zhang

CASE NUMBER: 1:23-cv-16841

ASSIGNED JUDGE: Honorable John J. Tharp, Jr.

DESIGNATED MAGISTRATE JUDGE: Honorable Sheila M. Finnegan

TO: (Name and address of Defendant)

Sige Zhang
yiyuyaous@163.com
Served via email in accordance with the Court's order granting alternative service upon Defendant via email under Fed. R. Civ. Pro. 4(f)(3) (see Dkt. No. 13)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yizhou Liu (bliu@calfee.com)
Kyle T. Deighan (kdeighan@calfee.com)
Dustin D. Likens (dlikens@calfee.com)
Calfee, Halter, & Griswold LLP
1405 East Sixth Street
Cleveland, Ohio 44114-1607

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Emily Wirtz_

(By) DEPUTY CLERK

January 11, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: January 12, 2024 |
| NAME OF SERVER *(PRINT)*: Dustin Likens | TITLE: Attorney of Record |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to Case No. 1:23-cv-16841, Dkt. No. 13 authorizing alternative service per Fed. R. Civ. Pro. 4(f)(3), I electronically sent the Complaint, Exhibits, and Summons to Defendant at the email address yiyuyaous@163.com

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 12, 2024
  *Date*

*Signature of Server*

1405 East Sixth Street Cleveland, Ohio 44114
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.